# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | | |
|---|---|---|
| **RUSSELL GOSLIN,** | § § § | |
| **Plaintiff,** | § § | |
| v. | § § | CASE NO. 4:16-CV-00803-ALM |
| | § § | |
| **CITIZENS FINANCIAL GROUP, INC.,** | § § | |
| **Defendant.** | § | |

## NOTICE OF SETTLEMENT

Defendant Citizens Financial Group, Inc. ("Citizens") and Plaintiff Russell Goslin ("Plaintiff") hereby notify the Court that Plaintiff and Citizens have settled all claims between them in this matter and are in the process of completing the settlement documents and filing the dismissal, which they expect to complete within 30 days.

Dated:  July 10, 2017                             Respectfully submitted,

           */s/ Justin Opitz*
Justin Opitz, SBN:  24051140
jopitz@mcguirewoods.com
**MCGUIREWOODS LLP**
2000 McKinney Avenue, Suite 1400
Dallas, Texas 75201
Telephone: 214.932.6400
Facsimile:  214.932.6499

**ATTORNEYS FOR DEFENDANT
CITIZENS FINANCIAL GROUP, INC.**

           */s/ Stuart Price*
Stuart Price
stuart@pricelawgroup.com
**PRICE LAW GROUP, APC**
15760 Ventura Blvd., Suite 800
Encinco, CA 91436
Telephone:  818.907.2030

**ATTORNEY FOR PLAINTIFF**